# HINSHAW
& CULBERTSON LLP

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

August 15, 2011

**VIA OVERNIGHT MAIL**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

    Re:    *Casey v. GC Services, LP*
           *Docket No. 11 Civ. 4844 (KMK)(PED)*

Dear Judge Karas:

We have been recently retained by Defendant, GC Services, LP ("GC"), in the above-referenced lawsuit, and write to respectfully request a 30-day enlargement of time to respond to plaintiff's complaint from August 16, 2011 to September 15, 2011. Due to our recent retention, we will need to review and investigate plaintiff's allegations in compliance with our obligations under Rule 11 of the Federal Rules of Civil Procedure.

No prior request for an enlargement of time has been made by GC. Plaintiff's counsel consents to this request.

We thank the Court for its consideration in this matter.

                  Respectfully submitted,

                  HINSHAW & CULBERTSON LLP

                  By: /s/ Concepcion A. Montoya
                      Concepcion A. Montoya (CM-7147)

cc:    Novlette Rosemarie Kidd, Esq. (Via Facsimile)

                  SO ORDERED
                  KENNETH M. KARAS U.S.D.J.
                  8/17/11

130151639v1 0926120 46121

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin